827 A.2d 1027

IN THE MATTER OF JOHN F. RICHARDSON, AN ATTORNEY
AT LAW (ATTORNEY NO. 249181968)

July 18, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–049, concluding that as a matter of final discipline **JOHN F. RICHARDSON** of **SOMERVILLE**, who was admitted to the bar of this State in 1968, should be reprimanded based on his guilty plea to a federal misdemeanor. for his willful failure to keep and maintain Internal Revenue Service form 8300, in violation of 26 *U.S.C.A.* 7203, conduct that constitutes a violation of *RPC* 8.4(b)(commission of a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer), and good cause appearing;

It is ORDERED that **JOHN F. RICHARDSON** is hereby reprimanded; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.